### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| **CONTINENTAL WESTERN INSURANCE COMPANY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **Case No. 4:20-cv-00020 DMB-JMV** |
| **CONCEPT AGRI-TEK, LLC f/k/a CONCEPT AG, LLC, a Missouri limited liability company; GREG CRIGLER; DAVID ALLEN HALL; THOMAS BURRELL; INTERNATIONAL TRUSTEE GROUP, LLC, a Tennessee limited liability company; TYRONE GRAYER; WALTER JACKSON; and MONIQUE JACKSON,** | ) ) ) ) ) ) ) ) | |
| | ) | |
| **Defendants.** | ) | |

### NOTICE OF APPEARANCE OF COUNSEL

COMES NOW attorney Danny Van Horn and the Butler Snow, LLP law firm and provide notice of appearance of counsel in the above styled case. Attorney Van Horn appears in this case for Defendants Concept Agri-Tek, LLC f/k/a Concept Ag, LLC ("Concept") and Greg Crigler. Attorney Van Horn may be contacted at:

Danny Van Horn, Esq.  (Mississippi Bar #102015)
Butler Snow, LLP
6075 Poplar Ave., Ste. 500
Memphis, TN 38119
(901) 680-7331 (direct dial)
(901) 680-7201 (fax)
Danny.VanHorn@ButlerSnow.com

Respectfully submitted,

**BUTLER SNOW, LLP**

By: ___/s/ Daniel W. Van Horn_____
    **DANIEL W. VAN HORN, (MS 102105)**

*Attorney for Greg Crigler and*
    *Concept Agri-Tek, LLC*
6075 Poplar Avenue, Ste. 500
Memphis, TN 38119
(901) 680-7331
Danny.VanHorn@ButlerSnow.com

## CERTIFICATE OF SERVICE

    I hereby certify that on March 24, 2020, I electronically filed the foregoing **Notice of Appearance of Counsel** with the Clerk of Court using the CM/ECF system. Notice of this filing was sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. I hereby certify the foregoing document has been delivered to all other parties in this cause not using CM/ECF system by placing a true and exact copy of said pleading or document in the United States Mail with sufficient postage thereupon to carry the same to its destination. Parties may access this filing through the Court's CM/ECF system:

Paul Robinson Jr., Esq.
3749 Marty Street
Memphis, TN 38109-8813
Problaw937@hotmail.com
*Attorney for Tyrone Grayer,*
*Thomas Burrell, Walter Jackson, &*
*Monique Jackson*

Van Turner, Esq. c/o
Chap. 13 Trustee for David Allen Hall
and c/o International Trustee Group
Bruce Turner, PLLC
2650 Thousand Oaks Blvd., Ste. 2140
Memphis, TN 38118

By: ___/s/ Danny W. Van Horn_____
    Danny Van Horn

2