**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**CONTINENTAL WESTERN
INSURANCE COMPANY**                        **PLAINTIFF**

VS.                                        **Civil Case No. 4:20-cv-20-DMB-JMV**

**CONCEPT AGRI-TEK, LLC,**
  *formerly known as Concept Ag. LLC*, **ET AL.**        **DEFENDANTS**

**ORDER STAYING ALL PROCEEDINGS AGAINST
DEFENDANT DAVID ALLEN HALL**

By Show Cause Order [63] dated April 30, 2020, the undersigned took judicial notice of Chapter 13 bankruptcy proceedings initiated by Defendant David Allen Hall in Case No. 2:19-bk-27040 in the United States Bankruptcy Court for the Western District of Tennessee. The Court granted the parties seven (7) days within which to show cause why proceedings in this case against Defendant David Hall—solely—should not be stayed pursuant to the automatic stay provided for under 11 U.S.C. § 362(a). No party having responded to the Court's Show Cause Order, the Court now finds that all proceedings in this case should be, and are hereby, stayed with respect to Defendant David Allen Hall.

SO ORDERED this 12th day of May, 2020.

                                                    /s/ Jane M. Virden
                                                    UNITED STATES MAGISTRATE JUDGE